UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SINCERE SMITH,

                    Petitioner,                  23 **CIVIL** 7842 (CS)

    -against-                                **JUDGMENT**

SUPERINTENDENT UHLER,

                    Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated August 13, 2024, Respondent's motion to dismiss the Petition as time-barred is granted and the Petition is dismissed with prejudice. Accordingly, the case is closed. Because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. 2252(c).

**Dated:**  New York, New York

   August 14, 2024

                                       **DANIEL ORTIZ**
                            **Acting Clerk of Court**

                  **BY:**
                              _____
                                 **Deputy Clerk**